

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALEJANDRO CUEVAS, | § | No. 08-15-00198-CR |
| Appellant | § | Appeal from the |
| | § | |
| v. | § | 83rd District Court |
| | § | |
| THE STATE OF TEXAS, | § | of Pecos County, Texas |
| | § | |
| Appellee. | § | (TC# P-3113-83-CR) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 2ND DAY OF SEPTEMBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.